IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEL ANGEL MAGANA,

        Petitioner,                    No. CIV S-08-1706 DAD P

      vs.

MULE CREEK STATE PRISON,

        Respondent.                 ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. Petitioner has paid the filing fee; therefore, his request to proceed in forma pauperis will be denied as unnecessary.

        "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254). Petitioner has named Mule Creek State Prison as the respondent in this action. This entity is not the proper respondent in this action. Accordingly, the instant petition must be dismissed with leave to amend so that petitioner can name the warden of the correctional facility where he is incarcerated. See Stanley, 21 F.3d at 360.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's request to proceed in forma pauperis is denied as unnecessary;

2. Petitioner's application for writ of habeas corpus is dismissed with leave to file an amended petition within thirty days from the date of this order;

3. Any amended petition must be filed on the form employed by this court, must name the proper respondent, and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "Amended Petition"; and

4. The Clerk of the Court is directed to send petitioner the form petition for a writ of habeas corpus.

DATED: September 19, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
maga1706.122