IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEL ANGEL MAGANA,

    Petitioner,                   No. CIV S-08-1706 DAD P

    vs.

MICHAEL MARTEL,

    Respondent.                <u>AMENDED ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's amended application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondent is directed to file a response to petitioner's amended application within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the amended application. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

1

    2.  Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer;

    3.  If the response to petitioner's amended application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondent's reply, if any, shall be filed within fifteen days thereafter; and

    4.  The Clerk of the Court shall serve a copy of this order, a copy of petitioner's amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Docket No. 5), and the court's form regarding consent or request for reassignment on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: November 5, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
mag1706.100amd