1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    ANN C. M<sup>c</sup>CLINTOCK, #141313
     Assistant Federal Defender
3    Designated Counsel for Service
     801 I Street, 3rd Floor
4    Sacramento, CA 95814

5    Attorney for Petitioner
     JOEL ANGEL MAGANA
6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   JOEL ANGEL MAGANA,                   No.  2:08-cv-1706-TLN-EFB (TEMP) P

12                 Petitioner,

13        v.                              **MOTION TO SUBSTITUTE COUNSEL;
                                          ~~PROPOSED~~ ORDER**
14   MICHAEL MARTLE,

15                 Respondent.

16

17        Movant JOEL ANGEL MAGANA hereby moves this Court for an order substituting

18   ERIC WEAVER, Attorney at Law, Attorney at Law, PO Box 6294, Albany, CA 94706,

19   telephone (510) 524-2355, as counsel for Petitioner in the above-entitled case.

20
21        This Court appointed the Federal Defender to represent Mr. Magana on October

22   31, 2015.  Dkt 21. The Federal Defender's Office has determined that it cannot represent

23   Mr. Magana due to limited resources at this time.  Mr. Weaver has agreed to represent Mr.

24   Magana.

25   / / /
26

27

28
                                        1

Mr. Weaver is aware of the procedural posture of this case and has authorized the

undersigned to sign this substitution motion on his behalf.

Dated:  November 6, 2015                    Respectfully submitted,


                                            HEATHER E. WILLIAMS
                                            Federal Defender


                                            */s/ Ann C. M$^c$Clintock*
                                            ANN C. M$^c$CLINTOCK
                                            Assistant Federal Defender

                                            Attorneys for Movant
                                            JOEL ANGEL MAGANA


Dated:  November 6, 2015                    */s/ Eric Weaver*
                                            ERIC WEAVER
                                            Attorney at Law



                            O R D E R

       Pursuant to this Motion for Substitution of Counsel and for the reasons stated

therein, IT IS HEREBY ORDERED that ERIC WEAVER, Attorney at Law, shall be

substituted in as appointed counsel for Petitioner in place of the Office of the Federal

Defender for the Eastern District of California.

Dated:  November 13, 2015

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2